IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

SARA GOLD,

    Plaintiff                         GENERAL JURISDICTION DIVISION

v.                                         CASE NO.:

BEST BUY STORES, L.P.,             50 2020 CA 008204 XXXX-MB

    Defendant

_____/

## COMPLAINT

COMES NOW Plaintiff, SARA GOLD, by and through the undersigned counsel, and pursuant to rule 1.190 Florida Rules of Civil Procedure, and hereby sues Defendant, BEST BUY STORES, L.P., and alleges as follows:

1. This is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars, exclusive of interest, costs, and attorneys fees.

2. On or about October 19, 2018, and at all times material hereto, Plaintiff, SARA GOLD was and is a resident of Boca Raton, Palm Beach County, Florida.

3. On or about October 19, 2018, and at all times material hereto, the Defendant BEST BUY STORES, L.P. was a foreign limited partnership authorized to do business in Florida and was doing business in Palm Beach County, Florida, when the incident complained of occurred.

4. On or about October 19, 2018, and at all times material hereto, BEST BUY STORES, L.P. owned, maintained and/or operated at 20540 State Road 7, Boca Raton, FL 33498 Boca Raton, Palm Beach County, Florida.

Page 1      **EXHIBIT A**

Law Offices Carman, Beauchamp, Sang & Gonzales, P.A.
3335 N.W. BOCA RATON BOULEVARD, BOCA RATON, FLORIDA 33431, (561) 393-6335

5. On or about October 19, 2018, and at all times material hereto, Plaintiff, SARA GOLD, was a business invitee on the premises of BEST BUY STORES, L.P.

6. On or about October 19, 2018, and at all times material hereto, BEST BUY STORES, L.P. had a non-delegable duty to maintain the premises in a reasonably safe condition for the benefit and protection of its invitees including Plaintiff, SARA GOLD, and to warn Plaintiff of any dangerous and unsafe condition which BEST BUY STORES, L.P. knew or should have known of.

7. The Defendant, BEST BUY STORES, L.P., breached its duty to Plaintiff, SARA GOLD, and was negligent as follows:

   a. By creating or allowing to exist an unsafe and hazardous condition on the floor of the subject premises to wit: a foreign substance located on the floor; or

   b. By failing to adequately warn Plaintiff, SARA GOLD, of the existence of a foreign substance on the floor;

   c. By failing to supervise its employees while they were working on the premises.

8. The alleged negligence described in Paragraph 7 above was created and/or known to Defendant, BEST BUY STORES, L.P., or had existed for a sufficient length of time that BEST BUY STORES, L.P. knew or should have known of such condition.

9. As a direct proximate result of the foregoing negligence of Defendant BEST BUY STORES, L.P., Plaintiff, SARA GOLD, was injured in and about her body and extremities, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity of the enjoyment of life, expense

LAW OFFICES CARMAN, BEAUCHAMP, SANO & GONZALES, P.A.
3335 N.W. BOCA RATON BOULEVARD, BOCA RATON, FLORIDA 33431, (561) 393-6335

of hospitalization, medical nursing care and treatment, loss of earning, loss of ability to earn money in the future and aggravation of previously existing condition. The loss was permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, SARA GOLD, demands judgment against Defendant, BEST BUY STORES, L.P., for damages which are in excess of the said Thirty Thousand ($30,000.00), exclusive of interest, costs, and attorney's fees, and further demands jury trial of all issues so triable as a matter or right.

### Demand for Jury Trial

Plaintiff demands trial by jury on all issues so triable.

Carman, Beauchamp, Sang, Gonzales & Philpott, P.A.
*Attorney for Defendant*
3335 NW Boca Raton Blvd.
Boca Raton, FL 33431
Primary: Agonzales@carmanbeauchamp.com
Secondary: Rhian@carmanbeauchamp.com
Telephone: 561-393-6335
Facsimile: 561-419-7781

By: _____
ANTHONY R. GONZALES
Florida Bar No.: 0373280

H:\TONY\CLIENT\GOLD\Pleadings\Complaint.wpd