**STEVE K. MARKS, P.A.**



1600 South Federal Hwy. Suite 801
Pompano Beach, FL 33062
(954) 946-0916  Fax (954) 782-3909

*Satellite Offices*
Orlando Office
(407) 841-5757

Boynton Beach Office
(561) 364-0277

smarkslawoffice@yahoo.com

December 11, 2019

SEDGWICK CLAIMS MANAGEMENT
ATT: DE ANNA HELMER
P.O. BOX 14754
LEXINGTON, KY. 40512-4754

Re: Your insured/client:  Best Buy Stores, Inc.
   My client: Sarah (Sunny) Gold
   Claim Number:  30181217242-0001
   D/A: 10/19/18

Dear Ms. Helmer:

Please be advised that this office represents the above-stated client pertaining to a slip/fall accident as a direct result of your client/insured's negligence.

After careful consideration, it is our belief that this claim has reached a point where settlement should be considered thereby avoiding the undue costs associated with litigation.  Please consider this correspondence as our comprehensive demand package on behalf of my client.

FACTS:  On the day in question, my client was walking in your insured's/client's establishment when she fell on a watery substance on the floor. Your insured knew or should have known the existence of same. My client fell violently to the ground directly on her face.

Your insured created an unreasonable dangerous condition.  Furthermore, your insured failed to take the necessary steps to warn the public, or persons of this dangerous condition.   She sustained several traumatic injuries.  My client was unable to move due to the severity of pain. She was forced to seek immediate medical treatment.

Your insured knew or should have known of this dangerous condition. To make matters worse your insured created this dangerous condition. Furthermore, your insured failed to place any warning signs, or secure the area to prevent others from entering.  As a result of

**EXHIBIT B**

your insured's negligence my client sustained severe injuries.

LIABILITY: Your insured, under had a duty to maintain the premises where it was working in a reasonable safe condition AND to warn persons lawfully on the premises of any danger known or should have been known to your insured.

Your insured has the highest duty owed to my client, a business invitee. Your insured knew OR should have known this dangerous condition created a hazard to patrons walking in the area your insured was working. In spite of this knowledge your insured failed to warn its patrons of the danger and further failed to take any corrective action, especially in an area the general public is known to frequent. Liability on the part of your insured is not an issue.

Prior to this accident my client was in relatively good health for a woman of her age. However, after this accident her life has been changed for the worse.

As a result of your insured's negligence my client sustained injuries that will be set forth below:

1) Dr. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇(full bills to be forthcoming) diagnosis my client as sustaining several traumatic injuries Due to the severity of her injuries an MRI was prescribed. My client was required to use a walker for several weeks. She was subsequently referred for physical therapy.

2) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇($14,800.06) where she was diagnosis as sustaining injuries to her hip, and knees. Due to the severity of her injury she was unable to walk without pain, and had a poor balance. She was forced to remain in home confinement.

3) ▇▇▇▇▇▇▇▇ due to her inability to perform normal household tasks she was forced to hire an aide to assist her. I have enclosed checks written to Ms, ▇▇▇▇▇▇▇ To date total paid is $720.00

4) MRI ($3,300) revealed abnormalities.

5) Dr. ▇▇▇▇▇▇(full bills to be forthcoming), confirmed that she sustained injuries to her hip, knees, hands. She was forced to undergo extensive medical

treatments with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Her fall reaggravated her prior medical condition including heart related ailments.

6) ▮▮▮▮▮▮▮▮ D.D.S. ($985) confirmed that my client sustained damage to her implants when she fell. Surgery had to be performed in which a flap was raised around the implant and non-metallic curettes was implanted. She was subsequently referred to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ($2,435)

I have enclosed all my client's bills for your review.

Based on the aforementioned this office has been authorized to offer the sum of $150,000 as full and final settlement. This amount includes compensation for pain and suffering, loss of enjoyment of life, earning capacity, disfigurement, permanent impairment, medical specials (future, present,)

My client's life has been impacted due to this accident, she is unable to walk without pain, and engage in normal household duties.

Very truly yours,

*[signature]*

Steve Marks, Esq.
Sm/Vc:11

Gold, Sara ▮

Deerfield Beach, FL 33442

**Account Information Report**
Include:All

Show: Expanded Details

Page:
Date:
Time:

| Posting Date | Service Date | User | Description | Amount | Balance |
| --- | --- | --- | --- | --- | --- |

3-20